[No. 44127-2-I. Division One. July 3, 2000.]

*In the Matter of the Detention of* GILBERTO SOLIZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-17895-8, Norma Smith Huggins, J., entered March 24, 1993 and August 17, 1995. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Kennedy and Ellington, JJ.

[No. 44279-1-I. Division One. July 3, 2000.]

BOEING COMPANY, *Respondent*, v. VIRGINIA KEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-24869-8, J. Kathleen Learned, J., entered December 17, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ. Now published at 101 Wn. App. 629.

[No. 42721-1-I. Division One. July 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DEAN KENNARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-05904-2, Steven G. Scott, J., entered April 6, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ellington and Appelwick, JJ. Now published at 101 Wn. App. 533.

[No. 45030-1-I. Division One. July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD RICK KELTNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-07066-4, Michael Hayden, J., entered July 9, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 102 Wn. App. 396.